### WILLIAMS ag$^t$ LAKE

John Williams plaint. ag$^t$ John Lake Def$^t$ in an action of the case for not delivering or shewing of a parcell of goods (attached by Return Wayt Marshalls Deputy upon the .8th March. 1675. & then owned by s$^d$ Lake to bee in his hands to the value of nine pounds belonging to Ezekiel Fogg) unto Joseph Webb the Marshall Gen$^{lls}$ Deputy when demanded upon Execution agt. said Fogg & company; but s$^d$ Lake contrary to Law and to the great damage of the s$^d$ Williams, did dispose of & deliver to the s$^d$ Fogg many of the goods after they were attached & owned to bee in his hands, w$^{th}$ other due damages according to attachm$^t$ dat$^d$ octob$^r$ 5th 1676. . . . The Jury brought in a Speciall verdict. i. e. if the testimony of John Morse Joseph Webb & Nathanael Williams bee invalid, wee finde for the Def$^t$ costs of Court, if not wee finde for the plaint. three pounds Sixteen Shillings mony & costs of Court. The Magistrates declare for the Defendant costs of Court.

### WILLIAMS agt. WESSELL

John Williams plaint. agt. Doctor Hartman Wessell Def$^t$ in an action of the case for witholding a debt of Fifty three Shillings in mony due by booke & due interest & all other due damages according to attachm$^t$ dat. august. 16. 1676. . . . The Jury . . . found for the plaint. two pounds thirteen Shillings mony and costs of Court allow$^d$ thirteen Shillings and eight pence.

Execucion issued Feb$^{ry}$ 12$^o$ 1676/7.